by the judges of the Court of Criminal Appeals and approved by the court.

---

**R. T. CUNNINGHAM v. STATE.** (No. 12223.) Court of Criminal Appeals of Texas. Oct. 17, 1928. M. E. Cain, of Liberty, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of property over the value of $50; the punishment, confinement in the penitentiary for two years. No statement of facts or bills or exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**John DORCUS v. STATE.** (No. 12229.) Court of Criminal Appeals of Texas. Oct 17, 1928. J. R. Black, of Baird, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession for the purpose of sale of intoxicating liquors; punishment, one year in the penitentiary. We find in the record neither bills of exception nor statement of facts. Nothing being presented for review, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**Roy FRANKLIN v. STATE.** (No. 12200.) Court of Criminal Appeals of Texas. Oct. 17, 1928. John H. Wood, of Amherst, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**Virginia GARCIA v. STATE.** (No. 12034.) Court of Criminal Appeals of Texas. Oct. 10, 1928. A. A. Dawson, State's Atty., of Austin, for the State.

---

CHRISTIAN, J. The offense is possession for the purpose of sale of intoxicating liquor; the punishment, confinement in the penitentiary for four years. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**Homer GREEN v. STATE.** (No. 12167.) Court of Criminal Appeals of Texas. Oct. 10, 1928. Will M. Martin, of Hillsboro, and H. C. Bishop, of Hubbard, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**Claud HARRIS v. STATE.** (No. 12142.) Court of Criminal Appeals of Texas. Oct. 10, 1928. Tom M. Hamilton, of Waco, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, burglary; penalty, two years. Appellant has filed a motion in proper form for dismissal of his appeal. Motion granted, and appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**William HARRIS v. STATE.** (No. 12183.) Court of Criminal Appeals of Texas. Oct. 10, 1928. J. A. R. Moseley, Jr., of Texarkana, and O. W. Blocker, of New Boston, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, murder; penalty, five years. The record is without any bills of exception or statement of facts and presents nothing for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**John HARVEY v. STATE.** (No. 12106.) Court of Criminal Appeals of Texas. Oct. 10,